UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAYSELLE AMPONIN,

                              Plaintiff,

        - against -                        14 CV 2008 (TPG)

OLAYAN AMERICA CORP.,

                              Defendant.

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT OLAYAN AMERICA CORP.

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Olayan America Corp., by its undersigned counsel Nixon Peabody LLP, affirms that it has no parent corporation and there is no publicly-held corporation that owns 10% or more of its stock.

Dated:  June 20, 2014
         Jericho, New York

                                    Respectfully submitted,

                                **NIXON PEABODY LLP**

                                       /s/

                            By: _____
                                Tara Eyer Daub (TE-7943)
                                Tony G. Dulgerian (TD-2630)

                            50 Jericho Quadrangle, Suite 300
                            Jericho, New York 11753-2728
                            (516) 832-7500
                            tdaub@nixonpeabody.com
                            tdulgerian@nixonpeabody.com

                            *Attorneys for Defendant*
                            *Olayan America Corp.*

15028948.1