UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JAYSELLE AMPONIN,

               Plaintiff,

    v.

OLAYAN AMERICA CORP.,

               Defendant.

------------------------------------- x

ORDER

14-cv-2008 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: APR 07 2017

GEORGE B. DANIELS, District Judge:

The Court having been advised that the parties have reached settlement on all issues in this matter, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

Dated: April 7, 2017
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE