Daniels, G.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 12 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAYSELLE AMPONIN,

                                        Plaintiff,

        - against -                      14 Civ. 2008 (GBD) (JLC)

OLAYAN AMERICA CORP.,

                                        Defendant.

### STIPULATION AND ORDER REGARDING PLAINTIFF'S ATTORNEYS' FEES, COSTS, AND PREJUDGMENT INTEREST IN CONNECTION WITH HER OVERTIME CLAIMS AND THE RULE 68 OFFER OF JUDGMENT

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, that, in connection with the Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure that defendant Olayan America Corporation ("Olayan") served upon plaintiff Jayselle Amponin ("Plaintiff") on January 25, 2017 and which Plaintiff accepted on January 26, 2017 (the "Rule 68 Offer"), Plaintiff is not seeking and hereby waives any additional recovery of attorneys' fees, costs, and prejudgment interest from April 30, 2014 to the date of entry of judgment in the above-captioned action.

**IT IS FURTHER STIPULATED AND AGREED** that the parties request that the Clerk of the Court enter judgment in favor of Plaintiff and against Olayan in the sum of Forty Two Thousand Three Hundred and Seventy One Dollars ($42,371) in connection with the Rule 68 Offer.

**IT IS FURTHER STIPULATED AND AGREED** that under no circumstances will the Rule 68 Offer or this Stipulation constitute, or be construed as, an admission of liability or wrongdoing of any kind by Olayan, or an admission that Plaintiff has suffered any damages.

May 17, 2017

**BERKE-WEISS LAW PLLC**

By: /s/ Laurie Berke-Weiss
Laurie Berke-Weiss, Esq.

950 Third Avenue, 32nd Floor
New York, New York 10022
(212) 888-2680

*Attorneys for Plaintiff*

May 23, 2017

**NIXON PEABODY LLP**

By: /s/ Tara Eyer Daub
Tara Eyer Daub, Esq.

50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 832-7500

*Attorneys for Defendant
Olayan America Corporation*

SO ORDERED:

JUN 12 2017

/s/ George B. Daniels
Honorable George B. Daniels
United States District Judge

4826-0859-7575.7