USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAYSELLE AMPONIN,

                                         Plaintiff,

     - against -

OLAYAN AMERICA CORP.,

                                         Defendant.

**SATISFACTION OF JUDGMENT**

14 Civ. 2008 (GBD) (JLC)

---

**WHEREAS**, a judgment was entered in the above action on the 13th day of June, 2017 in favor of plaintiff Jayselle Amponin ("Plaintiff") and against defendant Olayan America Corp. ("Olayan") in the amount of $42,371.00 and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshal; and

**WHEREAS**, under no circumstances shall the judgment herein described, nor the full and complete satisfaction thereof, constitute, or be construed as, an admission of liability or wrongdoing of any kind on the part of Olayan, or an admission that Plaintiff has suffered any damages of any kind;

**THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
June 14, 2017

BERKE-WEISS LAW PLLC

By: _____
Laurie Berke-Weiss, Esq.

950 Third Avenue, 32nd Floor
New York, New York 10022
(212) 888-2680

*Attorneys for Plaintiff*

STATE OF NEW YORK )
                  )  ss.:
COUNTY OF NEW YORK )

On the 14th day of June, 2017 before me personally came Laurie Berke-Weiss to me known and known to be a member of the firm of Berke-Weiss Law PLLC, attorneys for plaintiff Jayselle Amponin in the above-entitled action, and to be the same person described in and who executed the within Satisfaction of Judgment and acknowledged to me that she executed the same.

_____
Notary Public

WILLIAM J. DOBIE
Notary Public, State of New York
No. 02DO6263967
Qualified in Kings County
Commission Expires June 25, 20_20