Daniels, G.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAYSELLE AMPONIN,

                              Plaintiff,

        - against -                  14 Civ. 2008 (GBD) (JLC)

OLAYAN AMERICA CORP.,

                             Defendant.



## STIPULATION AND ORDER OF DISMISSAL OF
## PLAINTIFF JAYSELLE AMPONIN'S CLAIMS WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that plaintiff Jayselle Amponin's claims asserted in the Amended Complaint pursuant to Title VII of the Civil Rights Act of 1964 (First Claim), the New York State Human Rights Law (Second Claim), and the New York City Human Rights Law (Third Claim) in the above-referenced action are dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear her or its own costs and attorneys' fees. This stipulation may be filed without further notice with the Clerk of the Court.

May 19, 2017                                    June ~~May~~ 16, 2017

**BERKE-WEISS LAW PLLC**                  **NIXON PEABODY LLP**

By: /s/ Laurie Berke-Weiss                     By: /s/ Tara Eyer Daub
Laurie Berke-Weiss, Esq.                          Tara Eyer Daub, Esq.

950 Third Avenue, 32nd Floor               50 Jericho Quadrangle, Suite 300
New York, New York 10022                  Jericho, New York 11753
(212) 888-2680                                       (516) 832-7500

*Attorneys for Plaintiff*                            *Attorneys for Defendant*
                                                      *Olayan America Corporation*

SO ORDERED: JUN 19 2017

_____
Honorable George B. Daniels
United States District Judge